IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> v. <br><br> DEPOSITPHOTOS INC. D/B/A DEPOSITPHOTOS.COM D/B/A DEPOSITPHOTOS <br><br> Defendants. | CIVIL ACTION NO. 6:12-cv-423 <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF ANDREW P. TOWER

COME NOW Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg S.A., and hereby notify the Court and all parties of record that, in addition to the attorneys already representing them, Andrew P. Tower, State Bar Number 786291, of COLLINS, EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC, 1616 S. Voss Road, Suite 125, Houston, Texas, 77057, (281) 501-3425, will be appearing as an attorney of record on their behalf in the above-styled and numbered cause.

    Respectfully submitted,

    By: /s/ Andrew P. Tower

    Andrew P. Tower – LEAD COUNSEL
    Texas Bar No. 786291
    COLLINS, EDMONDS POGORZELSKI
    SCHLATHER & TOWER, PLLC
    1616 S. Voss Road, Suite 125
    Houston, Texas 77057
    Telephone: (281) 501-3425
    Facsimile: (832) 415-2535
    atower@cepiplaw.com

    ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 2nd day of July, 2012.

                                             /s/ Andrew P. Tower
                                             Andrew P. Tower