**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> v. <br><br> INMAGINE CORPORATION LLC, ET AL <br><br> Defendants. | CIVIL ACTION NO. 6:12-CV-93 <br><br> **LEAD CASE** <br><br> CONSOLIDATED CIVIL ACTION 6:12CV423 <br><br> JURY TRIAL DEMANDED |

**ORDER**

The Court has considered the Party's Joint Stipulation of Dismissal of Defendant DEPOSITPHOTOS INC. ("Stipulation") and is of the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that

1. Any and all claims and/or counterclaims by both parties are dismissed with prejudice from the case.

2. Plaintiffs and Defendant DEPOSITPHOTOS INC. shall each bear their own attorney's fees, expenses and costs.

3. Plaintiffs' complaint as to all other defendants is not impacted by this stipulation and dismissal.

**So ORDERED and SIGNED this 14th day of November, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**